# EXHIBIT A

COMMONWEALTH OF KENTUCKY
BELL CIRCUIT COURT
CIVIL ACTION NO. 25-CI-00125

JOANNA WOODS F/K/A
JOANNA SWEET AND
HER HUSBAND, DARIN G. WOODS PLAINTIFFS

VS: **PLAINTIFFS' ANSWERS TO FIRST SET OF INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFFS**

WALMART INC. DEFENDANT

Pursuant to Kentucky Rules of Civil Procedure 33 and 34, the Plaintiffs submit the following Answers to Interrogatories and Responses to Requests for Production of Documents served upon them:

**ANSWERS TO INTERROGATORIES**

1. Please state the name and address of the person answering these Interrogatories and if this person is the Plaintiff, provide your full name as it appears on your birth certificate, marital status, names you have used besides that which appears on your certificate, and places and dates of residence for the past ten (10) years.

**ANSWER:** The plaintiff, Joanna Wood fka Joanna Sweet, answered these Discovery Requests:

The plaintiff's name is currently Joanna Woods. Prior to her current married name, her name was Joanna Sweet.

The plaintiff's name on birth certificate is Joanna Ruth Guy.

In the past ten (10) years, the plaintiff has resided at 237 Loy Road, Speedwell, TN 37870.

The plaintiff is married to Darin G. Woods.

14. Has any health care professional informed you that you may need surgery as a result of the alleged injuries you sustained in the subject incident? If so, please provide the name, title and address of the individual who has indicated that you may need surgery.

**ANSWER:** Plaintiff has not been informed of the need for surgery.

15. Please indicate whether you suffer any ongoing physical or mental impairment resulting from the injury, the nature of the impairment, and whether you are receiving medical treatment or expect to receive medical treatment for such impairment in the future.

**ANSWER:** Plaintiff has low back pain, ringing in her ears and has vertigo. At times, the plaintiff is unable to sleep because of the righting in her ears. Plaintiff is not receiving any treatment at this time.

16. Pursuant to CR 8.01 please set forth the amount of damages you seek for:
(a) Past pain and suffering;
(b) Future pain and suffering;
(c) Past medical expenses;
(d) Future medical expenses;
(e) Lost wages;
(f) Permanent impairment of your power to labor and earn money;
(g) Any other element of damages sought in this action.

**ANSWER:**

| | | |
|---|---|---|
| (b) | Past pain and suffering: | $500,000.00 |
| (b) | Future pain and suffering: | $500,000.00 |
| (c) | Past medical expenses: | $ 20,888.36 |
| (d) | Future medical expenses: | $ 50,000.00 |
| (e) | Lost wages; | $ 3,600.00 |

(f) Permanent impairment of your power to labor and earn money: $100,000.00.

(g) Any other element of damages sought in this action: None at this time.

VERIFICATION

I, JOANNA WOODS, fka JOANNA SWEET, verify that I have read the foregoing and that each and every statement and allegation contained therein is true and correct to the best of my knowledge and belief.

JoAnna Woods
JOANNA WOODS fka JOANNA SWEET

STATE OF KENTUCKY

COUNTY OF WHITLEY

Acknowledged, Subscribed and Sworn to before me, a Notary Public, by the above-named JOANNA WOODS fka JOANNA SWEET, personally known or satisfactorily proven to me to be the signer of the foregoing instrument, who acknowledged that she did sign the foregoing instrument and that the same respectively was her act and deed.

Given under my hand and seal of office, August 22, 2025.

[signature]
NOTARY PUBLIC (Signature)

Jeffery R Tipton
NOTARY PUBLIC (Print)

My commission expires: 7/10/25.

NOTARY ID #: 32135.

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was this 22 day of August, 2025, deposited in the United States mail, postage prepaid, addressed for delivery, or electronically filed, to Hon. Jennifer Kincaid Adams, Blackburn Domene & Burchett, 614 W. Main Street, #3000, Louisville, KY 40202. jadams@bdblawky.com

JEFFERY R. TIPTON